# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 18, 2007

133768-70

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

In re:  RAYONA BELL, Minor.
_____

DARLENE KING,
          Petitioner-Appellant,
v

DEPARTMENT OF HUMAN SERVICES,
          Respondent-Appellee.

SC: 133768
COA: 271845
Kent CC/Fam Div: 06-021804-AM

_____/

In re:  DEJOHNAE BELL, Minor.
_____

DARLENE KING,
          Petitioner-Appellant,
v

DEPARTMENT OF HUMAN SERVICES,
          Respondent-Appellee.

SC: 133769
COA: 271846
Kent CC/Fam Div: 06-021802-AM

_____/

In re:  RAMON BELL, Minor.
_____

DARLENE KING,
          Petitioner-Appellant,
v

DEPARTMENT OF HUMAN SERVICES,
          Respondent-Appellee.

SC: 133770
COA: 271847
Kent CC/Fam Div: 06-021803-AM

_____/

On order of the Court, the application for leave to appeal the March 15, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH and KELLY, JJ., would remand this case to the trial court for consideration of the jurisdictional implications of the Indian Child Welfare Act.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 18, 2007

Clerk

p0711